PER CURIAM.
We affirm the trial court’s summary denial of White’s motion to correct an illegal sentence pursuant to Fla.R.Crim.Pro. 3.800(a) without prejudice to White’s filing a motion for post conviction relief pursuant to Fla. R.Crim.Pro. 3.850. See and compare Karchesky v. State, 591 So.2d 930 (Fla.1992). See also Poole v. State, 20 Fla.L. Weekly D43, - So.2d - [1994 WL 706622] (Fla. 1st DCA December 21, 1994); Callaway v. State, 642 So.2d 636, 639 (Fla. 2d DCA 1994) Stocker v. State, 646 So.2d 238 (Fla. 1st DCA 1994); Dean v. State, 644 So.2d 122 (Fla. 2d DCA 1994); Nowlin v. State, 639 So.2d 1050 (Fla. 1st DCA 1994).
Affirmed.